**Opinion issued January 29, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-25-00883-CV**

_____

**THE GREAT AMERICAN POOL, L.L.C. D/B/A AMERICAN POOLS OF HOUSTON, Appellant**

**V.**

**MARY J. PHENNEGER AND JOEDY PHENNEGER, Appellees**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Case No. 2025-13624**

---

**MEMORANDUM OPINION**

This is an appeal from an order granting a motion to compel arbitration. Appellant, The Great American Pool, L.L.C. d/b/a American Pools of Houston, has filed a motion to dismiss the appeal because it has determined that this Court lacks jurisdiction over this appeal. Case law supports this conclusion. *See Susaita v.*

*Precision Drilling, L.P.*, No. 01-24-00384-CV, 2024 WL 5081483 at \*1 (Tex. App.—Houston [1st Dist.] Dec. 12, 2024, no pet.) (holding that order compelling arbitration does not dispose of all parties and issues and is interlocutory and no statute authorizes appeal).

Appellant states in its certificate of conference that appellees agree with this motion. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.